DAVID L. ANDERSON (CABN 149604)
United States Attorney
SARA WINSLOW (DCBN 457643)
Chief, Civil Division
JEVECHIUS D. BERNARDONI (CABN 281892)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7164
    Facsimile: (415) 436-7234
    jevechius.bernardoni@usdoj.gov

Attorneys for FEDERAL DEFENDANTS

D. Victoria Baranetsky (SBN 311892)
THE CENTER FOR INVESTIGATIVE REPORTING
1400 65th St., Suite 200
Emeryville, CA 94608
Telephone: (510) 809 3160
Fax: (510) 849-6141
vbaranetsky@revealnews.org

Attorneys for Plaintiffs THE CENTER
FOR INVESTIGATIVE REPORTING
and ANAYANSI DIAZ-CORTES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THE CENTER FOR INVESTIGATIVE REPORTING and ANAYANSI DIAZ-CORTES,<br><br>    Plaintiffs,<br><br>  v.<br><br>UNITED STATES DEPARTMENT OF JUSTICE, and UNITED STATES DEPARTMENT OF STATE,<br><br>    Defendants. | Case No. 3:20-cv-06649-JSC<br><br>**STIPULATION TO SET RESPONSE DATE AND [PROPOSED] ORDER** |

WHEREAS, on September 23, 2020, plaintiffs filed the above-captioned action (ECF No. 1);

WHEREAS, on October 5, 2020, plaintiffs served the Attorney General of the United States by placing copies of the complaint and summons, among other documents, in the U.S. mail, addressed to the

1  Attorney General of the United States, United States Department of Justice, Service of Process, 950
2  Pennsylvania Avenue, NW, Washington, DC 20530 (ECF No. 6);

3     WHEREAS, on October 5, 2020, plaintiffs claim to have served the United States Attorney's
4  Office for the Northern District of California by placing copies of the complaint and summons, among
5  other documents, in the U.S. mail, addressed to United States Department of Justice for the Northern
6  District of California, Civil Process Clerk Federal Courthouse, 450 Golden Gate Avenue, 11th Floor, San
7  Francisco, CA 94102 (ECF No. 6);

8     WHEREAS, the United States Attorney's Office for the Northern District of California does not
9  have a record of receipt of the documents that plaintiffs mailed on October 5, 2020;

10    WHEREAS, the United States Attorney's Office for the Northern District of California learned of
11 the above-captioned lawsuit on November 9, 2020;

12    WHEREAS, defendants do not intend to contest service of process and, rather than having
13 plaintiffs reserve the complaint and summons, the parties have agreed that defendants shall have 30 days
14 from the date the United States Attorney's Office for the Northern District of California learned of the
15 above-captioned lawsuit to answer or otherwise respond to the above-captioned complaint;

16    IT IS THEREFORE STIPULATED by the parties to the above-captioned action, by and through
17 their respective counsel of record, that defendants shall answer or otherwise respond to the above-
18 captioned complaint on or before December 9, 2020.

19 DATED:  November 12, 2020                    Respectfully submitted,

20                                             DAVID L. ANDERSON
                                               United States Attorney
21
                                                /s/ Jevechius D. Bernardoni*
22                                             JEVECHIUS D. BERNARDONI
                                               Assistant United States Attorney
23
   DATED:  November 12, 2020
24
                                               THE CENTER FOR INVESTIGATIVE
25                                             REPORTING

26                                              /s/ D. Victoria Baranetsky
                                               D. Victoria Baranetsky
27                                             Attorney for Plaintiffs

28

STIPULATION TO SET RESPONSE DATE AND [PROPOSED] ORDER
No. 3:20-cv-06649-JSC                          2

*In compliance with Civil Local Rule 5-1(i)(3), the filer of this document attests under penalty of perjury that all signatories have concurred in the filing of this document.*

**[PROPOSED] ORDER**

Pursuant to the parties' stipulation, and good cause appearing therefore, Federal Defendants shall answer or otherwise respond to the above-captioned complaint on or before December 9, 2020.

IT IS SO ORDERED.

Dated: _____

_____
THE HONORABLE JACQUELINE SCOTT CORLEY