# Exhibit A



Reveal
from The Center for Investigative Reporting

Tuesday, June 9, 2020

FOIA/Privacy Staff
Executive Office for United States Attorneys, Department of Justice
600 E St. NW (BICN Rm. 7300)
Washington, DC
20530-001

Dear FOIA Officer:

This is a request under the Freedom of Information Act. I am a reporter with The Center for Investigative Reporting (henceforth "CIR") seeking all records related in whole or in part to a request for assistance from the Mexican government - whether by the Mutual Legal Assistance Treaty (MLAT), letter rogatory, or some other diplomatic communication - regarding the criminal case "United States of America v. Pablo Vega Cuevas et al." (14 CR 705).

We seek documents and communications created during the period of March 1, 2015, to April 1, 2018, that pertain to Mexico's interest in accessing information obtained in the course of the Vega investigation. Responsive records should include bilateral communications between the Mexican and United States governments as well as any US inter-agency communications following Mexico's request for assistance. The types of documents requested include, but are not limited to, emails, letters, diplomatic exchanges, memoranda, telephone transcripts, meeting minutes, talking points, reports, legal records, and intelligence information. Please omit from your search and review all copies of press and media reports as well as all press statements and press releases.

We do not seek information collected by US agents during their investigation of the Vega case (whether or not that was provided to the Mexican government): sensitive evidence, photographs, results of wiretaps, private data about the individuals involved, or any other materials gathered for law enforcement purposes. Rather, this FOIA request concerns the correspondence between Mexico and the United States about whether Mexico could have access to the material for its own, internal law enforcement purposes.

I am also requesting expedited processing on this request. 5 U.S.C. § 552(a)(6)(E)(v)(II); see also Al-Fayed v. CIA, 254 F.3d 300, 306 (D.C. Cir. 2001).

1400 65th, Suite 200 Emeryville, CA 94608
PHONE 510 809 3160
TWITTER @reveal
WEB revealnews.org

from The Center for Investigative Reporting

First, there is an urgency to inform the public about activities of the United States federal government regarding the investigation of the Ayotzinapa case. On March 18, 2020, the Mexican Attorney General's office issued arrest warrants against six former Mexican government officials on charges including torture, forced disappearance, and judicial misconduct. Information concerning what knowledge representatives of the United States had of the investigation into Ayotzinapa and the alleged crimes of Mexican government officials at the time, as well as what actions US agencies took in response, are a matter of exceptional, current media interest.

Second, there is a compelling need for information related to this case as the records are of acute interest to the mothers and fathers of the 43 disappeared Ayotzinapa students. Given Mexico's failure to solve the case and find their children, the families are desperate for any information that could help shed additional light on what happened. Not to do so in the most expeditious manner possible would be to contribute to the continuing torment suffered by victims' parents.

I certify that the statements contained in this letter regarding the alleged activity and public concern are true and correct to the best of my knowledge. Any information obtained from this request will be used for the public's interest in news stories written for CIR.

Please don't hesitate to contact me with any questions you may have.

Sincerely,

Anayansi Diaz-Cortes | Celu: 212.729.9184 | adiazcortes@revealnews.org
Reporter and Producer, Reveal from the Center for Investigative Reporting



from The Center for Investigative Reporting

1400 65th, Suite 200  Emeryville, CA 94608
PHONE  510  809  3160                                    TWITTER  @reveal
                    WEB  revealnews.org