# Exhibit D



🇺🇸 An official website of the United States government
Here's how you know

# DOJ REFERENCE GUIDE: ATTACHMENT B

**Listing and Descriptions of Department of Justice Components, FOIA Requester Service Centers and FOIA Public Liaisons, Descriptions of Information Routinely Made Publicly Available, and Multi-track Processing Information**

This attachment lists the subdivisions or "components" of the Department of Justice, with a brief description of their functions. Whenever a component requires special information to respond to a Freedom of Information Act (FOIA) request, this is noted immediately below the listing. If a component employs multi-track processing of FOIA requests, the listing contains a description of its multi-track processing system. Also following each component listing is a general description of the types of information that the component makes publicly available without requiring that a formal FOIA request be made.

Prior to making a FOIA request you are encouraged to review the Department's website as well as each component's website as a great deal of information is made available online. Please note that several components have noted below that they continue to maintain a physical reading room which you can visit to review certain records of that component. Physical reading rooms are being phased out in favor of online posting of each component's records. For a component that still has a physical reading room for older records, if it would be difficult for you to visit the reading room, you should consider contacting the component's FOIA Public Liaison to see if there is another way to receive a document that you seek (contact information for each component's FOIA Public Liaison is listed here).

To make a FOIA request you are encouraged to write directly to the Department component FOIA contacts provided below.  Your request will receive the quickest possible response if it is addressed directly to the component that you believe has the records you are seeking.  You may use FOIA.gov's "agency search" feature to lookup the most current contact information for the Department's components.

If you are unable to identify the Department component most likely to have the records you seek, you may send your request to the FOIA/PA Mail Referral Unit (MRU), U.S. Department of Justice, Room 115, LOC Building, Washington, D.C. 20530-0001 or MRUFOIA.Requests@usdoj.gov, which will then forward your request to the component(s) it believes are most likely to have the requested records.  This is not a FOIA office but, serves as a mail referral unit to FOIA offices within the Department.  The phone number for the FOIA/PA MRU is (202) 616-3837.

In either case, please mark the envelope "Freedom of Information Act Request." A large number of components now accept electronically submitted requests. Where a component accepts electronically submitted requests, this is specifically noted in that component's listing.

The following list of Justice Department components is in alphabetical order:

**ANTITRUST DIVISION --**

The Antitrust Division is charged with the general enforcement, by criminal and civil proceedings, of federal antitrust laws and other laws relating to the protection of competition and the prohibition of monopolization and restraints of trade. This Division maintains files of its investigations and legal cases, stores documents utilized during such investigations and litigation, and keeps records pertaining to the administration of the Division.

Special information required: No special information is required for your request, but please be as specific as possible.

Publicly available information: Public documents located on this Division's website include public court and administrative filings, such as complaints and final judgments, guidelines and policy statements, the Division manual, press releases, speeches, comments and testimony, business review letters, statistics, and the Division telephone directory. Public documents that are not posted on the Division's website may be obtained by contacting the FOIA/PA Unit, Antitrust Documents Group, by e-mail, atrdocs.grp@usdoj.gov; by telephone, (202) 514-2481; or by fax, (202) 514-3763.

Multi-track processing: FOIA requests are placed in one of three tracks. Track one is for those requests which seek and receive expedited processing pursuant to subsection (a)(6)(E) of the FOIA. Track two is for those requests which do not involve voluminous records or lengthy consultations with other entities. Track three is for those requests which involve voluminous records, requests for which lengthy or numerous consultations are required, or those requests which may involve sensitive records.

## OFFICE OF THE ASSOCIATE ATTORNEY GENERAL --

The Associate Attorney General advises and assists the Attorney General and the Deputy Attorney General in formulating and implementing Departmental policies and programs pertaining to a broad range of civil justice, federal and local law enforcement, and public safety matters. The Office oversees and provides policy direction to the following Department of Justice components: the Antitrust, Civil, Civil Rights, Environment and Natural Resources, and Tax Divisions, the Office of Justice Programs, as well as providing oversight responsibility for the Office of Community Oriented Policing Services (COPS), the Community Relations Service, the Office on Violence Against Women, the Office of Information Policy, the Executive Office for United States Trustees, and the Foreign Claims Settlement Commission. Records maintained include those relating to the administration of the office.

Special information required: None.

Publicly available information: Policy statements, staff manuals, speeches, Congressional testimony, and an organization chart.

Multi-track processing: FOIA requests are placed in one of three tracks. Track one is for those requests which seek and receive expedited processing pursuant to subsection (a)(6)(E) of the FOIA. Track two is for those requests which do not involve voluminous records or lengthy consultations with other entities. Track three is for those requests which involve voluminous records, requests for which lengthy or numerous consultations are required, or those requests which may involve sensitive records.

## OFFICE OF THE ATTORNEY GENERAL --

The Attorney General is responsible for the overall supervision and direction of the administration and operation of the Department. The Attorney General represents the United States in legal matters generally and furnishes advice and opinions on legal matters to the President, the Cabinet, heads of the executive departments, and other agencies of the federal government. Records maintained include those relating to the administration of the office.

Special information required: None.

Publicly available information: Policy statements, frequently requested records, staff manuals, Attorney General biographies, speeches, Congressional testimony, and accountability reports to Congress, final orders and opinions of the Attorney General.

Multi-track processing: FOIA requests are placed in one of three tracks. Track one is for those requests which seek and receive expedited processing pursuant to subsection (a)(6)(E) of the FOIA. Track two is for those requests which do not involve voluminous records or lengthy consultations with other entities. Track three is for those requests which involve voluminous records, requests for which lengthy or numerous consultations are required, or those requests which may involve sensitive records.

## BUREAU OF ALCOHOL, TOBACCO, FIREARMS, AND EXPLOSIVES --

The Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF) conducts criminal investigations, regulates the firearms and explosives industries, and assists other law enforcement agencies in order to suppress violent crime and protect the public. The ATF removes violent offenders and criminal organizations from the community, assists prosecutors in incarcerating violent offenders, provides leadership to solve violent crime, denies criminals access to firearms by stopping illegal firearms traffickers, works with the firearms and explosives industries to ensure compliance with regulations and record keeping requirements, promotes comprehensive crime gun tracing, safeguards the public from explosives and arson incidents, supports interagency counterterrorism effort, assists state, local, and other federal law enforcement agencies by establishing and conducting law enforcement training and research programs, investigates thefts and losses of firearms and explosives, allows only qualified applicants to become licensed in firearms and explosives industries, conducts revenue investigations in conjunction with alcohol and tobacco diversion investigations, and prevents criminal encroachment of the legitimate alcohol and tobacco industries. ATF also maintains records relating to the administration of the bureau.

Special information required: None.

Publicly available information: A request for a listing of Federal Firearms Licensees (FFLs) in your residential zip code can be made without a FOIA request. Send your request to:

Bureau of Alcohol, Tobacco, Firearms, and Explosives
Chief, Firearms, Explosives and Arson Services Division
Department of Justice
99 New York Avenue, N.E.
Washington, D.C. 20226

Reading room location: Suite 1E062, 99 New York Avenue, N.E., Washington, D.C.

Multi-track processing: Requests are separated into two tracks – standard and expedited. Requests in the expedited track are those that have sought and been granted expedited processing under one of the four standards outlined in the Department of Justice's FOIA regulations.

**CIVIL DIVISION --**

The Civil Division represents the United States, its agencies, and its employees in general civil litigation that is not within the specialized fields of other divisions of the Department. It defends the federal government in suits challenging the constitutionality, lawfulness, or propriety of Presidential initiatives, federal statutes, and government programs and actions. It also initiates litigation to enforce various federal statutes, including the False Claims Act, and the federal consumer protection and immigration laws. It handles tort claims against the government, and the defense of federal civilian and military officials sued personally for official actions. The Division maintains record material relating to cases and matters under its jurisdiction, as well as records relating to the administration of the Division.

Special information required: Requests for records from Civil Division case files should include a case caption or name, civil action number, judicial district, and date or year of filing.

Publicly available information: Certain Civil Division legal practice monographs and a limited number of health care settlements.

Multi-track processing: In addition to the Expedited track, FOIA requests are placed in one of two tracks.  Track one (Simple) is for those requests which do not involve voluminous records or lengthy consultations with other entities. Track two (Complex) is for those requests which involve (1) complicated subject matter; (2) voluminous records, requests for which lengthy or numerous consultations are required; (3) those requests which may involve sensitive records; or (4) extensive consultation with other components.

**CIVIL RIGHTS DIVISION --**

The Civil Rights Division (CRT) is responsible for the enforcement of the federal civil rights statutes to secure equal opportunity in the areas of employment, education, housing, voting, public accommodations and facilities, and federally

assisted programs. CRT is also responsible for enforcing the anti-discrimination provisions of the Immigration Reform and Control Act through the investigation and prosecution of charges filed on the basis of citizenship status or national origin. CRT also prosecutes criminal violations of the federal civil rights statutes. The Division maintains records of all its legal cases, correspondence, and memoranda, as well as records on certain individuals protected under civil rights statutes. Records maintained include those relating to the administration of the various offices.

Special information required: None.

Publicly available information: Significant guidance documents, historical documents, certain trial transcripts. Additionally, the Disability Rights Section and the Office of Special Counsel for Immigration-Related Unfair Employment Practices have numerous publications available to the public through each section's public information office.

Multi-track processing: FOIA requests are placed in one of three tracks: (1) expedited requests, (2) simple requests involving less than 3000 pages of documents, (3) complex requests involving more than 3000 pages or requests for classified documents.

## COMMUNITY RELATIONS SERVICE --

The Community Relations Service (CRS) provides community mediation and conciliation services to resolve conflicts or disputes relating to race, color, or national origin at the request of state or local officials, local citizens and organizations, or on its own motion when it believes that peaceful relations among citizens are threatened.

Special information required: None.

Publicly available information: Annual reports, CRS Customer Service Plan, general publications on conflict resolution and related CRS work. Other types of public information are available on CRS's website at www.justice.gov/crs.

Multi-track processing: Requests are separated into two tracks – standard and expedited. Requests in the expedited track are those that have sought and been granted expedited processing under one of the four standards outlined in the Department of Justice's FOIA regulations.

## CRIMINAL DIVISION --

The Criminal Division maintains records of large-scale fraud cases, exchange of prisoners with foreign countries pursuant to treaties, requests for assistance to and from foreign governments in criminal prosecutions, extradition matters, records concerning asset forfeitures, investigations and denaturalization proceedings against individuals who participated in Nazi persecutions or any acts of genocide or government-sponsored torture or murder, records pertaining to the International Criminal Investigative Training Assistance Program, and records relating to the administration of the Criminal Division. The Division also supervises such matters as electronic surveillance (but not when related to national security or defense investigations), granting of immunity from federal prosecution, and the issuance of subpoenas to members of the press or attorneys. In some instances, the Division will maintain records of criminal proceedings, but only when necessary to the exercise of its supervisory role. The Criminal Division maintains case files only where it has assumed direct responsibility for prosecution. The majority of criminal prosecutions are handled by the individual United States Attorneys' Offices, which ordinarily maintain all relevant case files. The Criminal Division does not maintain Criminal History Records (commonly referred to as "rap sheets"). Such records should be requested from the Federal Bureau of Investigation. Instructions for obtaining rap sheets can be found at Department of Justice regulations at 28 C.F.R. §§ 16.30-34 or on the Criminal Division's FOIA website at http://www.justice.gov/criminal/foia/.

For a further description of the records maintained by the Criminal Division, go to the Criminal Division's FOIA website at https://www.justice.gov/criminal/crm-freedom-information-act.

Special information required: None.

Publicly available information: Case highlights, publications and plans, forms, Reports to Congress, International Prisoner Transfer Program information, Office of Special Investigations Reports, staff manuals.

Multi-track processing: Track one (expedited) is for requests that meet the criteria for expedited processing and requests for which no responsive records are located or which require a short period of time to process. Track two (simple) is for requests that require an average amount of time to process, typically twenty days or less, once all responsive records have been received by the FOIA/PA Unit. Track three (complex) is for voluminous amounts of documents and/or complex requests requiring more than twenty days to process following receipt of the responsive records in the FOIA/PA Unit.

## OFFICE OF THE DEPUTY ATTORNEY GENERAL --

The Deputy Attorney General advises and assists the Attorney General in formulating and implementing Department policies and programs and in providing overall supervision and direction of all organizational units of the Department. Records maintained include those relating to the administration of the office.

Special information required: None.

Publicly available information: Frequently requested records, policy statements, staff manuals, speeches, Congressional testimony, and records pertaining to the Justice Department's mission in Iraq, final orders and opinions of the Deputy Attorney General.

Multi-track processing: FOIA requests are placed in one of three tracks. Track one is for those requests which seek and receive expedited processing pursuant to subsection (a)(6)(E) of the FOIA. Track two is for those requests which do not involve voluminous records or lengthy consultations with other entities. Track three is for those requests which involve voluminous records, requests for which lengthy or numerous consultations are required, or those requests which may involve sensitive records.

## DRUG ENFORCEMENT ADMINISTRATION --

The Drug Enforcement Administration (DEA) enforces the controlled substances laws and regulations of the United States by bringing to the criminal and civil justice system of the United States, or any other competent jurisdiction, those involved in the growth, manufacture, or distribution of controlled substances in or destined for the illicit traffic in the United States. DEA maintains investigative and intelligence files of criminal activities related to illicit drug traffic and drug abuse, rosters and investigations of legitimate drug handlers, distributors and manufacturers, and records of controlled substance security investigations. It also keeps various records pertaining to the administration of DEA.

Special information required: None.

Publicly available information: Certain manuals, pamphlets on drugs and other DEA programs published by DEA's Office of Public Affairs, and asset forfeiture advertisements and auction announcements.

Reading room location: Room W-7216, 700 Army Navy Drive, Arlington, VA.

Multi-track processing: Three tracks (1) simple; (2) complex; and (3) expedited.

## ENVIRONMENT AND NATURAL RESOURCES DIVISION --

The Environment and Natural Resources Division (ENRD) is responsible for the civil and criminal enforcement of environmental laws, the defense of the government's administration of federal environmental laws, and litigation relating to the use and protection of federally owned public lands and natural resources. Some statutes that are within the Division's subject-matter expertise are the Clean Air Act, the Clean Water Act, the Comprehensive Environmental Response, Compensation and Liability Act, the Resource Conservation and Recovery Act, the Safe Drinking Water Act, the Oil Pollution Act of 1990, the National Environmental Policy Act, the Federal Land Policy Management Act, the National Forest Management Act, and the Endangered Species Act. The Division also represents the United States in its trust capacity for Indian tribes, acquires land by purchase or condemnation for public use, and defends the government against Fifth Amendment takings claims. The Division maintains case files, correspondence files, and other records relating to the administration of the Division.

Special information required: None.

Publicly available information: Press releases, proposed consent decrees, ENRD Summaries of Litigation Accomplishments, Global Settlement Policy, Integrated Enforcement Policy, and land-acquisition appraisal standards.

Otherwise available: Amicus briefs, complaints, consent decrees, other ENRD case-related documents.

Multi-track processing: Requests are separated into two tracks – standard and expedited. Requests in the expedited track are those that have sought and been granted expedited processing under one of the four standards outlined in the Department of Justice's FOIA regulations.

**EXECUTIVE OFFICE FOR IMMIGRATION REVIEW --**

The Executive Office for Immigration Review (EOIR) is responsible for the administrative adjudication and interpretation of the immigration laws, including provisions of the Immigration and Nationality Act. EOIR includes the Board of Immigration Appeals (BIA), the Office of the Chief Immigration Judge (OCIJ), and the Office of the Chief Administrative Hearing Officer (OCAHO). The BIA is a quasi-judicial body which hears appeals of decisions rendered by Immigration Judges and certain officers of the Department of Homeland Security. Records of proceedings (ROPs) are maintained at the BIA while cases are pending. Upon completion of the proceeding at the BIA, the ROPs are returned to the Immigration Courts. OCIJ oversees the work of the Immigration Courts, which maintain records of cases brought before them involving removal proceedings and related matters. OCAHO's administrative law judge hears cases related to the employer sanction, immigration-related anti-discrimination, and immigration related document fraud provisions of law. A copy of the official OCAHO case files may be obtained through the FOIA Requester Service Center. EOIR also maintains various administrative records.

Special information required: For aliens, "A" number. Please do not submit requests on DHS Form G-639.

Publicly available information: Published decisions by the BIA and OCAHO Policy Statements, Staff Manuals and Instructions to Staff, Index of Frequently Requested FOIA-Processed Records. Other types of public information are available on EOIR's website at www.justice.gov/eoir.

Reading room location: BIA Law Library, Suite 1200, 5201 Leesburg Pike, Falls Church, VA 22041.

Multi-track processing: Three tracks: (1) simple, (2) complex, (3) expedited.

**EXECUTIVE OFFICE FOR UNITED STATES ATTORNEYS --**

The ninety-three United States Attorneys nationwide are responsible for handling litigation affecting the interests of the United States, including the prosecution of criminal cases and the defense of civil cases, and for the conduct of grand jury proceedings. These offices maintain records on their legal cases, criminal investigations, and citizen complaints, as well as records relating to the administration of the office. Legal case files are not indexed or centralized in Washington, D.C., but are located in the office of the United States Attorney who handled the case. Accordingly, requests for United States Attorney records should be sent to the Washington, D.C. address above and should indicate the particular judicial district or city in which the matter was handled. The usual administrative and personnel records are maintained in headquarters offices in Washington, D.C. as well.

Special information required: Date and place of birth and judicial district in which investigation/prosecution or other litigation occurred.

Publicly available information: Annual Statistical Report, U.S. Attorneys' Manual, U.S. Attorneys' Bulletin.

Multi-track processing: Four tracks: (1) expedited, (2) referrals, (3) regular, (4) projects.

**EXECUTIVE OFFICE FOR UNITED STATES TRUSTEES --**

The United States Trustee Program (USTP) consists of an Executive Office in Washington, D.C., and over ninety field offices in twenty-one Regions nationwide, covering all Federal judicial districts except Alabama and North Carolina.

As noted in the agency mission statement, United States Trustees monitor and supervise private estate trustees, debtors-in-possession, and others to ensure that the interests of all parties in bankruptcy are protected (see www.justice.gov/ust). United States Trustees are responsible for the effective administration of bankruptcy cases arising under chapters 7, 11, 12, and 13 of the federal Bankruptcy Code and serve as "watch-dogs to prevent fraud, dishonesty and overreaching in the bankruptcy arena." See 28 U.S.C. 581-589a and 11 U.S.C. 101, et seq.

While the Executive Office maintains certain administrative records, case files are not centralized in Washington, and USTP regional and field offices maintain duplicate copies of certain court pleadings and material concerning specific cases. Accordingly, all FOIA requests for USTP records, which should be addressed to the Office of General Counsel, Executive Office for United States Trustees, should identify a case name, particular judicial district, and/or specific USTP office(s) where responsive records may exist.

Special information required: For bankruptcy files -- judicial district and the name of the case and case number, if known.

Publicly available information: Frequently requested records, final opinions and orders, policy statements, staff manuals and instructions to staff, and other information considered to be of significant public interest are available on EOUST's website at www.justice.gov/ust.

Multi-track processing: There are three tracks for processing FOIA requests: (1) simple track, (2) complex track, and (3) expedited track.

### FEDERAL BUREAU OF INVESTIGATION --

The Federal Bureau of Investigation (FBI) investigates violations of certain federal statutes, collects evidence in legal cases in which the United States is or may be an interested party, and performs other duties specifically imposed by law or presidential directive. The Bureau maintains files of its criminal, legal, and security investigations, a nationwide index of wanted persons, stolen property, criminal histories, and missing persons, fingerprint identification records; personnel records of FBI employees, and records of investigations of applicants for sensitive positions in the United States Government. It also maintains records relating to the administration of the Bureau.

Special information required: None.

Publicly available information: Employment and recruitment materials, publications giving general history about the FBI's accomplishments, organizational structure, law enforcement services, programs, and history, crime statistics. The FBI's website contains voluminous documents on numerous individuals, organizations, and criminal investigations.

Reading room location: FBI Headquarters Building, 935 Pennsylvania Avenue, N.W., Washington, D.C.

Multi-track processing: Three tracks: (1) 500 pages or less, (2) 501-2500 pages, (3) 2501 pages or more.

### FEDERAL BUREAU OF PRISONS --

The Federal Bureau of Prisons is responsible for the care and confinement of offenders who are committed to its custody. The Bureau maintains records on current and former inmates of federal penal and correctional institutions concerning: sentence computation, institutions of confinement, criminal, social, educational, and occupational background, identification data, institutional work and housing assignments, educational, disciplinary, health, and work data during incarceration, and reports relating to release planning, furlough, institutional adjustment, and violations of release. The Federal Bureau of Prisons also maintains records relating to the administration of the Bureau.

Special information required: For inmates, register number, committed name, and institution where last housed.

Publicly available information: Inmate locator, information on federal prison facilities, program statements, operations memoranda, forms, information on inmate programs, publications.

Multi-track processing: Three tracks are used. Simple, complex, and expedited requests are tracked.

**FOREIGN CLAIMS SETTLEMENT COMMISSION --**

The Foreign Claims Settlement Commission adjudicates claims of United States nationals for losses resulting from the uncompensated nationalization or other taking of their property by foreign governments, and claims for compensation based on wartime confinement of United States servicemen and civilians as prisoners of war or civilian internees. The Commission maintains records on all such claims, on inquiries concerning such claims, and on the administration of the programs in which those claims are adjudicated. The Commission also maintains records on its own administrative operations and procedures.

Special information required: None.

Publicly available information: Decisions of past claims programs, list of Cuban Claims Program claimants, annual reports.

Reading room location: Suite 6002, 600 E Street, N.W., Washington, D.C.

Multi-track processing: Requests are separated into two tracks – standard and expedited. Requests in the expedited track are those that have sought and been granted expedited processing under one of the four standards outlined in the Department of Justice's FOIA regulations.

**INTERPOL-UNITED STATES NATIONAL CENTRAL BUREAU --**

The INTERPOL-United States National Central Bureau (INTERPOL-USNCB) acts as liaison with the International Criminal Police Organization (INTERPOL) to enable domestic law enforcement agencies to participate in an international exchange of criminal justice information. INTERPOL was created to promote mutual assistance among criminal police authorities in the prevention and suppression of international crime. INTERPOL-USNCB maintains investigative files of criminal activities and noncriminal files concerning matters of humanitarian assistance. It also maintains various administrative files.

Special information required: Complete name, date and place of birth, and any alias ever used (social security number optional).

Publicly available information: Internship Information, Executive Order -- Amending Executive Order 12425 and listing of agencies represented at USNCB.

Multi-track processing: Three tracks: simple (no records, referred documents, and routine), complex, and expedited.

**JUSTICE MANAGEMENT DIVISION --**

The Justice Management Division serves as the management arm of the Department of Justice, establishing internal administrative policy, providing administrative support services to Departmental organizations, and developing and directing administrative management programs. This Division keeps Department of Justice personnel records, accounting and budget records, property, motor pool, and parking records, and other administrative records.

Special information required: None.

Publicly available information: Certain financial information about the Justice Department such as budget summaries for current or past years, forecast of contracting opportunities, statistical data and explanatory information concerning the operations of the Asset Forfeiture Fund, Department Organization and Functions Manual, Department Strategic Plans, Annual Performance and Accountability Reports, list of procurement officials, organizational charts, and reports and statistical summaries of the Equal Employment Opportunity Staff.

Multi-track processing: Simple, Complex, and Expedited.

**NATIONAL SECURITY DIVISION --**

The National Security Division (NSD) was created by the reauthorization of the USA PATRIOT Act in March 2006, and formally began operations on October 2, 2006. The NSD consolidated the Office of Intelligence Policy and Review (OIPR, now the Office of Intelligence, or OI) and the Counterterrorism and Counterespionage Sections of the Criminal Division. The Division's core mission is to coordinate the Department's efforts to combat terrorism and protect national security. The NSD is responsible for assisting the Attorney General and other senior Department and Executive Branch officials in ensuring that the national security-related activities of the U.S. are consistent with relevant law, overseeing terrorism investigations and prosecutions, handling counterespionage cases and matters, obtaining court authorization for the collection of foreign intelligence under the Foreign Intelligence Surveillance Act (FISA), and conducting oversight of intelligence agency compliance with certain national security legal requirements.

Special information required: None.

Publicly available information: Annual Foreign Intelligence Surveillance Act Report to Congress, and Foreign Agent Registration Materials.

Multi-track processing: Three tracks: simple, complex, and expedited.

**OFFICE OF COMMUNITY ORIENTED POLICING SERVICES --**

The Office of Community Oriented Policing Services administers discretionary grants for the hiring and redeployment of officers to participate in community policing and for innovative community policing programs, and offers training and technical assistance to assist grantees with the implementation of community policing in their communities. This office maintains records pertaining to the application for, and award and monitoring of these grants. The office also maintains records on its own administrative operations and procedures.

Special information required: None.

Publicly available information: Specimen grant application materials, information about a specific grant when requested by the grant recipient, noncustomized lists of grant recipients, specific grant manuals and grant program fact sheets.

Multi-track processing: Track one (Simple); Track two (Complex); and Track three (Expedited).

**OFFICE OF INFORMATION POLICY --**

The Office of Information Policy (OIP) is responsible for encouraging compliance with the FOIA governmentwide. OIP maintains files of administrative appeals of denials of FOIA and Privacy Act access requests for Department of Justice records and initial request files of FOIA and Privacy Act requests for records of the Offices of the Attorney General, Deputy Attorney General, Associate Attorney General, Legal Policy, Legislative Affairs, and Public Affairs. The office also maintains records pertaining to the administration of the office and related functions.

Special information required: None.

Publicly available information: Policy statements, FOIA training materials, frequently requested records, FOIA guidance, agency Annual FOIA Reports, Exemption 3 materials, FOIA reference documents including *The Department of Justice Guide to the Freedom of Information Act.*

Multi-track processing: FOIA requests are placed in one of three tracks. Track one is for those requests which seek and receive expedited processing pursuant to subsection (a)(6)(E) of the FOIA. Track two is for those requests which do not involve voluminous records or lengthy consultations with other entities. Track three is for those requests which involve voluminous records, requests for which lengthy or numerous consultations are required, or those requests which may involve sensitive records.

**OFFICE OF THE INSPECTOR GENERAL --**

The Office of the Inspector General (OIG) conducts independent investigations, audits, inspections, and special reviews of United States Department of Justice personnel and programs to detect and deter waste, fraud, abuse, and misconduct, and to promote integrity, economy, efficiency, and effectiveness in Department of Justice operations. The

OIG maintains records relating to its investigations, audits, inspections, and special reviews, as well as regarding the administration of the OIG.

Special information required: None.

Publicly available information: Audit reports, inspection reports, semi-annual reports, and certain special reviews are available on OIG's website at www.justice.gov/oig.

Multi-track processing: Requests are separated into two tracks – standard and expedited. Requests in the expedited track are those that have sought and been granted expedited processing under one of the four standards outlined in the Department of Justice's FOIA regulations.

**OFFICE OF JUSTICE PROGRAMS --**

The Office of Justice Programs (OJP) is responsible for processing requests filed under the Freedom of Information Act for its component entities: the Bureau of Justice Assistance, the Bureau of Justice Statistics, the National Institute of Justice, the Office of Juvenile Justice and Delinquency Prevention, the Office for Victims of Crime, and the Office of Sex Offender Sentencing, Monitoring, Apprehending, Registering, and Tracking as well as the support offices of OJP. These components award and administer financial assistance and technical aid to state and local criminal justice agencies and for-profit and non-profit entities, and fund research studies and statistical surveys in matters concerning the administration of criminal justice. This agency maintains records pertaining to grant applications, grant awards, and the monitoring of these grants. In addition, OJP maintains files on civil rights compliance investigations relating to any grants awarded.

Special information required: None.

Publicly available information: Numerous publications (paper and electronic) regarding law enforcement, crime prevention, and law enforcement-related statistical information.

Multi-track processing: Track one is for simple requests (e.g., no records, referred documents, and routine).  Track two is for complex, voluminous requests and sensitive records.   Track three is for those requests that seek and receive expedited treatment.

**OFFICE OF LEGAL COUNSEL --**

The Office of Legal Counsel prepares the formal opinions of the Attorney General and renders informal opinions and advice on questions of law to the various executive agencies and to other components of the Department of Justice. Records maintained include those relating to the administration of the office.

Special information required: None.

Publicly available information: Published opinions are available on the Office of Legal Counsel's website (www.justice.gov/olc), are available in paper form, and are available on LEXIS and Westlaw.

Multi-track processing: FOIA requests are placed in one of three tracks.  Track one is for those requests that seek and receive expedited processing pursuant to subsection (a)(6)(E) of the FOIA.  Track two is for those requests that do not involve voluminous records or lengthy consultations with other entities.  Track three is for those requests that involve voluminous records, requests for which lengthy or numerous consultations are required, or those requests that may involve sensitive records.

**OFFICE OF LEGAL POLICY --**

The Office of Legal Policy (OLP) serves as the Attorney General's principal policy development staff and is involved in a wide range of criminal and civil justice policy initiatives central to the Department's mission. The office reviews and analyzes pending legislative proposals, coordinates regulatory development and the review of proposed rules, and serves as liaison to OMB on regulatory matters. The office evaluates potential nominees for federal judicial appointments and assists in preparation of nominees for Senate confirmation. OLP maintains background files on OLP

policy, legislative proposals, and judicial nominations, and working files for its staff support activities. Records maintained include those relating to the administration of the office.

Special information required: None.

Publicly available information: Information on judicial nominations, guidance documents, organization chart.

Multi-track processing: FOIA requests are placed in one of three tracks. Track one is for those requests which seek and receive expedited processing pursuant to subsection (a)(6)(E) of the FOIA. Track two is for those requests which do not involve voluminous records or lengthy consultations with other entities. Track three is for those requests which involve voluminous records, requests for which lengthy or numerous consultations are required, or those requests which may involve sensitive records.

## OFFICE OF LEGISLATIVE AFFAIRS --

The Office of Legislative Affairs (OLA) has responsibility for devising and implementing a legislative strategy to carry out the Attorney General's initiatives requiring congressional action. OLA provides or arranges for testimony by Department witnesses at congressional hearings. OLA also responds or coordinates responses for the Department to requests and inquiries from congressional committees and subcommittees and individual Members of Congress and their staffs, including requests from Congress on behalf of constituents. Records maintained include those relating to the administration of the office.

Special information required: None.

Publicly available information: policy statements, views letters, organization chart, speeches and testimony.

Multi-track processing: FOIA requests are placed in one of three tracks. Track one is for those requests which seek and receive expedited processing pursuant to subsection (a)(6)(E) of the FOIA. Track two is for those requests which do not involve voluminous records or lengthy consultations with other entities. Track three is for those requests which involve voluminous records, requests for which lengthy or numerous consultations are required, or those requests which may involve sensitive records.

## OFFICE OF THE PARDON ATTORNEY --

The Office of the Pardon Attorney receives and reviews petitions for all forms of executive clemency, including pardon, commutation (reduction) of sentence, remission of fine, and reprieve, initiates the necessary investigations of clemency requests, and prepares the report and recommendation of the Attorney General, or his designee, to the President on clemency requests. The office maintains a clemency case file for each individual who has applied for or been granted clemency, as well as copies of the warrants and proclamations of clemency granted by the President, and records relating to the administration of the office. The office also acts as liaison with the public for correspondence and informational inquiries about the clemency process and maintains correspondence files relating to such inquiries.

Special information required: For clemency files -- the full name of the person who applied for or was granted clemency. For miscellaneous correspondence files -- the full name of the author of the letter and the full name of the person on whose behalf the letter was written (if different). For FOIA administrative files -- the full name of the person who made the FOIA request.

Publicly available information: Executive clemency statistics from the administration of President McKinley to the present, rules establishing the Office of the Pardon Attorney and governing petitions for executive clemency published at 28 C.F.R. §§ 0.35-36 and §§ 1.1, et seq., forms for applying for executive clemency, copies of clemency warrants and proclamations for persons who have been granted executive clemency, description of clemency procedures contained in the United States Attorneys' Manual at §§ 1-2.110-113.

Multi-track processing: Requests are separated into two tracks – standard and expedited. Requests in the expedited track are those that have sought and been granted expedited processing under one of the four standards outlined in the Department of Justice's FOIA regulations.

**OFFICE OF PROFESSIONAL RESPONSIBILITY --**

The Office of Professional Responsibility (OPR) maintains records on its investigations of allegations of misconduct by Department of Justice attorneys that relate to the exercise of the attorneys' authority to investigate, litigate, or provide legal advice. OPR also maintains records of certain law enforcement personnel when their conduct is related to allegations of misconduct by Department of Justice attorneys. Maintained records include records relating to closed investigations, inquiries, complaints, and documents relating to OPR administration.

Special information required: None.

Publicly available information: OPR annual reports that summarize relevant investigations that OPR has completed each year; policy and investigative standards; OPR description; resource materials.

Multi-track processing: FOIA requests are placed in one of three tracks. Track one is for requests that do not involve voluminous records or lengthy consultations with other entities. Track two is for requests that involve voluminous records or for which lengthy or numerous consultations are required, or requests that involve sensitive records. The third track is for expedited requests.

**OFFICE OF PUBLIC AFFAIRS --**

The Office of Public Affairs is responsible for ensuring that the public and press are informed about the Department's activities and about the priorities and policies of the Attorney General and the President with regard to law enforcement and legal affairs. The office keeps copies of press releases, speeches, and testimony. Records maintained include those relating to the administration of the office.

Special information required: None.

Publicly available information: Press releases, organization chart, publicly distributed documents.

Multi-track processing: FOIA requests are placed in one of three tracks. Track one is for those requests which seek and receive expedited processing pursuant to subsection (a)(6)(E) of the FOIA. Track two is for those requests which do not involve voluminous records or lengthy consultations with other entities. Track three is for those requests which involve voluminous records, requests for which lengthy or numerous consultations are required, or those requests which may involve sensitive records.

**OFFICE OF THE SOLICITOR GENERAL --**

The Solicitor General is responsible for authorizing all government appeals and petitions for rehearing en banc or mandamus in the courts of appeals, all government amicus briefs in the courts of appeals, and petitions for a writ of certiorari in the Supreme Court. Also, the Solicitor General is responsible for authorizing all interventions by the United States in cases in any court (state or federal, trial or appellate). In addition, the Solicitor General is responsible for briefing and arguing cases on behalf of the government in the Supreme Court. The Office of the Solicitor General maintains records relating to appeals and petitions for which authorization to file has been sought and maintains records on Supreme Court cases to which the United States or a government agency was a party. The office also maintains records relating to the administration of the office.

Special information required: Case name and docket number of case, or citation to case.

Publicly available information: Government briefs and petitions for the current term of the United States Supreme Court.

Multi-track processing: Requests are separated into two tracks – standard and expedited. Requests in the expedited track are those that have sought and been granted expedited processing under one of the four standards outlined in the Department of Justice's FOIA regulations.

**OFFICE ON VIOLENCE AGAINST WOMEN --**

The Office on Violence Against Women (OVW) administers financial and technical assistance to communities across the country that are developing programs, policies, and practices aimed at ending domestic violence, dating violence, sexual assault, and stalking through formula and discretionary grant programs, established under Violence Against Women Act (VAWA) and subsequent legislation.  The office also maintains records relating to the administration of the office.

Special information required: None.

Publicly available information: A state-by-state list of grant award recipients, information about domestic violence, sexual assault, and stalking, various publications concerning violence against women, press releases, information on state grant-administering agencies, and solicitations for grant programs authorized by VAWA and subsequent legislation..

Multi-track processing: Requests are separated into two tracks – standard and expedited. Requests in the expedited track are those that have sought and been granted expedited processing under one of the four standards outlined in the Department of Justice's FOIA regulations.

**PROFESSIONAL RESPONSIBILITY ADVISORY OFFICE --**

The mission of the Professional Responsibility Advisory Office (PRAO) is to ensure prompt, consistent advice to Department attorneys and Assistant United States Attorneys with respect to areas of professional responsibility and choice-of-law issues. PRAO provides definitive advice to government attorneys and the leadership of the Department on issues relating to professional responsibility. It assembles and maintains state rules of professional conduct including, inter alia, all relevant interpretative decisions and bar opinions of the District of Columbia and every state and territory, and other reference materials, and serves as a central repository for briefs and pleadings as cases arise. PRAO provides coordination with the litigating components of the Department to defend attorneys in any disciplinary or other hearing where it is alleged that they failed to meet their ethical obligations. It serves as a liaison with the state and federal bar associations in matters related to the implementation and interpretation of 28 U.S.C. § 530B, the Ethical Standards for Prosecutors Act, and any amendments and revisions to the various state rules of professional conduct. Among other related duties as assigned, PRAO coordinates with other Department components to conduct training for Department attorneys and client agencies in order to provide them with the tools to make informed judgments about the circumstances that require their compliance with the Hyde Amendment and 28 U.S.C. § 530B, the Ethical Standards for Prosecutors Act, or that otherwise implicate professional responsibility concerns.

Note: Complaints concerning the actions of individual Department attorneys and Assistant United States Attorneys are not processed and/or handled by PRAO.

Special information required to make a FOIA request: None.

Publicly available information: Mission and function, information on internship opportunities, link to regulations.gov.

Multi-track processing: Requests are separated into two tracks – standard and expedited. Requests in the expedited track are those that have sought and been granted expedited processing under one of the four standards outlined in the Department of Justice's FOIA regulations.

**TAX DIVISION --**

The Tax Division's chief activity is to represent the Internal Revenue Service in civil and criminal litigation. It also represents other federal agencies that may have problems with state and local taxing authorities. Consequently, information maintained by the Tax Division pertains mainly to civil and criminal tax litigation, either actual or contemplated. This information is stored in files indexed in central classification systems under the names of the individuals or entities who are parties to the litigation. In addition, some information maintained by the Tax Division relates to various procedures and guidelines relevant to the processing of tax cases. It also maintains records relating to its administrative functions.

Special information required: None.

Publicly available information: Criminal Tax Manual, Judgment and Collection Manual, Settlement Reference Manual, case highlights, information on schemes and scams, tax news, and opinions in criminal appeals handled by the Tax Division.

Multi-track processing: Requests are separated into two tracks – standard and expedited. Requests in the expedited track are those that have sought and been granted expedited processing under one of the four standards outlined in the Department of Justice's FOIA regulations.

### UNITED STATES MARSHALS SERVICE --

United States Marshals serve as law enforcement agents of the government and, in that capacity, also serve as officers of the federal courts. The United States Marshals Service maintains files on individuals for whom federal warrants have been issued, records on prisoners in the custody of the United States Marshals, background information and records related to threats to and the protection of government witnesses, U.S. Attorneys and their assistants, federal jurists, and other court officials, records on process served and executed in federal court proceedings, and records on seized and forfeited property and evidence. It also maintains various records pertaining to the administration of the Service, including official personnel files for its employees.

Special information required: For individuals -- judicial district. For prisoner transportation -- date and trip number. For seized property -- judicial district, civil action number, asset identification number, and/or accurate description of the property.

Publicly available information: Recruitment and employment literature, fact sheets, information regarding forfeiture program and sales of forfeited property.

Multi-track processing: Three primary tracks: (1) simple requests, (2) complex requests, and (3) expedited requests. Within each of these primary designations, there are additional tracks for: (4) employee/applicants, (5) seized assets, and (6) procurement matters.

### UNITED STATES PAROLE COMMISSION --

The United States Parole Commission has sole authority to grant, modify, or revoke paroles of federal offenders who committed their offenses prior to November 1, 1987, and is responsible for the supervision of parolees and mandatory releasees. Further, under Section 11231 of the National Capital Revitalization and Self-Government Improvement Act of 1997, the U.S. Parole Commission assumed the jurisdiction of the District of Columbia Board of Parole. The Commission maintains records regarding its hearings and decisions for prisoners and releasees.

Special information required: All requests from inmates must include proof of identity- either by a notary public accompanied by the appropriate seal or by a case manager's signature accompanied by the case manager's stamp for administering an oath or an unsworn declaration under penalty of perjury as found at 28 U.S.C. 1746. All requests from the public must be notarized. Requests from legal representatives must include a prisoner's consent form.

Publicly available information: Information that the Commission has determined to be public sector information includes the following: 1) name, 2) register number, 3) past and current places of incarceration, 4) age or date of birth, 5) race, 6) sentence data which consists of offense, date and place of conviction, and sentence length, 7) date(s) of hearing(s), and 8) decision(s) rendered by the Commission after agency proceedings, which are contained on the Notice of Action, including dates of parole. (Parole hearings are not open to the public.)

Multi-track processing: Requests by inmates and parolees for tape recordings, or for two documents or less, will be processed separately and ordinarily ahead of requests seeking numerous documents. If a requester demonstrates "compelling need," the request will be processed on an expedited basis.

*Updated June 17, 2020*

Was this page helpful?
Yes    No