# Exhibit E

# Executive Office for United States Attorneys

**Currently, this agency's FOIA system is not linked to FOIA.gov.**
You can submit a request to this agency using the information found at the agency's online submission form .

## Agency mission

The ninety-three United States Attorneys nationwide are responsible for handling litigation affecting the interests of the United States, including the prosecution of criminal cases and the defense of civil cases, and for the conduct of grand jury proceedings. These offices maintain records on their legal cases, criminal investigations, and citizen complaints, as well as records relating to the administration of the office. Legal case files are not indexed or centralized in Washington, D.C., but are located in the office of the United States Attorney who handled the case. Accordingly, requests for United States Attorney records should be sent to the Washington, D.C. address above and should indicate the particular judicial district or city in which the matter was handled. The usual administrative and personnel records are maintained in headquarters offices in Washington, D.C. as well.

FOIA Reference Guide

FOIA Regulations

## Average processing time for 2019

- 12 working days for simple requests

  242 working days for complex requests

**The records or information you're looking for may already be public.**

Visit the agency's website  to learn more.

To see what's been made available, you can visit an agency's FOIA library .