# Exhibit F

**Phase:** Closed    **Status:** Closed

# EOUSA-2020-003042 request Details

**Due Date:** N/A    **Clock Days:** 0 (Never Started)

## Requester Information

| | | | |
|---|---|---|---|
| **Requester** | Anayansi Diaz-Cortes | **Tracking Number** | EOUSA-2020-003042 |
| **Organization** | Reveal News | **Submitted Date** | 06/09/2020 |
| **Requester Has Account** | No | **Received Date** | 06/09/2020 |
| **Email Address** | adiazcortes@revealnews.org | **Perfected Date** | |
| **Phone Number** | 5108093160 | **Last Assigned Date** | 06/09/2020 |
| **Fax Number** | | **Assigned To** | Theodore Smith (Executive Office for United States Attorneys) |
| **Address** | 1400 65th, Ste. 200 | | |
| **City** | Emeryville | | |
| **State/Province** | CA | **Last Assigned By** | Sonja Whitaker (Executive Office for United States Attorneys) |
| **Zip Code/Postal Code** | 94608 | | |
| | | **Request Track** | Simple |
| | | **Fee Limit** | $0.00 |

## Closure Information

| | | | |
|---|---|---|---|
| **Closed Date** | 06/11/2020 | **Exemptions Used** | |
| **Disposition** | Records Not Reasonably Described | **Statutes Used** | |
| **"Other" Disposition** | | **Subtypes Used** | |

## Request Handling

| | | | |
|---|---|---|---|
| **Requester Info Available to the Public** | No | **Request Type** | FOIA |
| **Request Track** | Simple | **Request Perfected** | No |
| **Fee Category** | N/A | **Perfected Date** | |
| **Fee Waiver Requested** | No | **Acknowledgement Sent Date** | |
| **Fee Waiver Status** | | **Unusual Circumstances** | No |
| **Expedited Processing Requested** | No | **Litigation** | No |
| **Expedited Processing Status** | | **Court Docket Number** | |
| | | **5 Day Notifications?** | No |

# Description

| | |
|---|---|
| **Long Description** | "United States of America v. Pablo Vega Cuevas et al." |
| **Has Description Been Modified** | No |
| **Description Available to the Public** | No |
| **Short Description** | |

# Additional Information

# Attached Supporting Files

**Attachments Available to the Public?**
No

| Attached File Name | Size (MB) | File Type |
|---|---|---|
| AnayansiDiaz-Cortes6-9-2020.pdf | 0.3517 | Adobe PDF Document |
| AnayansiDiaz-Cortes6-19-2020.pdf | 0.3693 | Adobe PDF Document |

# Appeals

| Tracking Number | Appeal Date | Appellant | Phase | Notification |
|---|---|---|---|---|

No appeals have been created.

# Consultations

| Tracking Number | Consulted Agency | Created By | Consultation Date | Due Date | Phase |
|---|---|---|---|---|---|

No consultations have been created.

# Correspondence to Requester

| Subject | From | To | Date |
|---|---|---|---|
| FOIA Request EOUSA-2020-003042 Submitted | System | Anayansi Diaz-Cortes | 06/09/2020 |

This message is to confirm your request submission to the FOIAonline application: View Request. Request information is as follows:

- Tracking Number: EOUSA-2020-003042
- Requester Name: Anayansi Diaz-Cortes
- Date Submitted: 06/09/2020
- Request Status: Submitted
- Description: "United States of America v. Pablo Vega Cuevas et al."

| EOUSA-2020-003042 | Theodore Smith | Anayansi Diaz-Cortes | 06/11/2020 |
|---|---|---|---|

Your recent request for records from the Executive Office for United States Attorneys (EOUSA) has been received. Before the Executive Office can begin processing your request, it is necessary for you to correct one or more deficiencies. Please comply with the paragraph(s) checked below:

1. [ ] A requester must provide a notarized example of his/her signature. This insures that information pertaining to an individual is released only to that person. A form is enclosed for your use.

2. [ **X** ] ** The files and records of United States Attorneys are maintained in over one hundred separate

offices throughout the United States. Please identify the specific United States Attorney's office(s), where you believe records may be located. This would be primarily the district(s) in which a prosecution or litigation occurred.

offices throughout the United States. Please identify the specific United States Attorney's office(s), where you believe records may be located. This would be primarily the district(s) in which a prosecution or litigation occurred.

3. [ ] The signature of the requester or subject of the request should be notarized by someone other than the requester or his/her representative.

Once you have corrected the above deficiencies, please submit a new request for the documents. This is a final determination and your request for information has been closed. When we have received your new, corrected request, we will open a new file for you. **Please send your new, corrected request to the address above.**

** Please describe the records sought in sufficient detail.

| Final Disposition, Request EOUSA-2020-003042 | Theodore Smith | Anayansi Diaz-Cortes | 06/11/2020 |

EOUSA-2020-003042 has been processed with the following final disposition: Records Not Reasonably Described -- No USAO District Identified.

# Other Correspondence

| Attached File | File Type | Size (MB) |
|---|---|---|
| No correspondence has been created. | | |

# Fee Estimates

**Current Estimate Total** $0
**Date Estimate Sent to Requester** N/A
**Estimate Required for Payment** N/A

# Invoices

| Sent | Title | Invoice Date | Amount |
|---|---|---|---|
| No | EOUSA-2020-003042 Invoice-20200611161142157.pdf | 06/11/2020 | $0.00 |

**Total Amount Billed Which Has Been Sent To Requester** $0.00

# Payments

| Date | Amount | Type |
|---|---|---|
| No payments have been added. | | |

**Total Amount Paid** $0.00
**Total Amount Owed** $0.00

# Case Responsive Records

**Publish Options:**
  **UU - Unredacted - Unreleaseable**
  **RU - Redacted - Unreleasable**
  **UR - Unredacted - Releaseable to the General Public**
  **RR - Redacted - Releasable to the General Public**
  **REQ - Release to Requester Only**

| Release Type | Title | User | Date/Time | Exemptions | Release Date |
|---|---|---|---|---|---|
| No records have been uploaded. | | | | | |

# Restricted Materials

| Attached File Name | Size (MB) | File Type | User | Actual Agency | Date/Time |
|---|---|---|---|---|---|
| No restricted materials have been added. | | | | | |

# Existing Admin Costs

| Date | User Name | Charge Type | Hours/Quantity | Rate | Billable? | Total |
|------|-----------|-------------|----------------|------|-----------|-------|
| | | | No cost entries have been added. | | | |

**Fee Category:** N/A

**Total:** $0.00

**Invoice Amount:** $0.00

# Assigned Tasks

| Outcome | Task Type | Assigned To | Assigned By | Submitted Date | Due Date | Closed Date | Notification | Justifi |
|---|---|---|---|---|---|---|---|---|
| Completed | Final Disposition Notice | Theodore Smith | Theodore Smith | 06/11/2020 | 06/11/2020 | 2020-06-11T20:13:00.504Z | No | |
| Comments | | N/A | | | | | | |

# Existing Comments (1)

| Date Created | Last Edited On | User Name |
|---|---|---|
| 06/09/2020 06:37 PM | 06/09/2020 06:37 PM | Sonja Whitaker |
| Comment | Review request | |

# Assigned Reviewers

| Review Order | Review Outcome | Assigned Reviewer | Review Date |
|---|---|---|---|
| | No reviewers have been assigned. | | |