D. Victoria Baranetsky (SBN 311892)
THE CENTER FOR INVESTIGATIVE REPORTING
1400 65th St., Suite 200
Emeryville, CA 94608
Telephone: (510) 809-3160
Fax: (510) 849-6141
vbaranetsky@revealnews.org

Attorney for Plaintiffs

STEPHANIE M. HINDS (CABN 154284)
Acting United States Attorney
SARA WINSLOW (DCBN 457643)
Chief, Civil Division
JEVECHIUS D. BERNARDONI (CABN 281982)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7164
FAX: (415) 436-7234
Jevechuius.bernardoni@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THE CENTER FOR INVESTIGATIVE REPORTING and ANAYANSI DIAZ-CORTES,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF JUSTICE, and UNITED STATES DEPARTMENT OF STATE,<br><br>Defendants. | Case No. 3:20-cv-06649-JSC<br><br>**JOINT STIPULATION TO MODIFY THE SUMMARY JUDGMENT BRIEFING PLAN, AND [PROPOSED] ORDER** |

Pursuant to Civil Local Rules 6-2(a) and 7-2, and subject to the Court's approval, Plaintiffs and Defendants (collectively the "Parties") jointly stipulate to modify the summary judgment briefing plan entered by the Court at Dkt. No. 19.  This modification to the summary judgment briefing plan, if granted, will not impact any other dates set by the Court, other than those related to summary judgment briefing.  *See* Dkt. No. 19.  This request is made only to accommodate Plaintiffs' schedule, and not for any improper delay.  Accordingly, the Parties jointly stipulate to the following revised schedule:

| Revised Stipulated Briefing Plan | |
|---|---|
| **Event**[1] | **Deadline** |
| Plaintiffs' Cross Motion and Opposition | April 8, 2021 |
| Defendants' Cross Opposition and Reply | May 6, 2021 |
| Plaintiff's Reply | May 20, 2021 |
| Hearing | June 3, 2021 |

DATED: March 18, 2021                        Respectfully submitted,

                                                            STEPHANIE M. HINDS
                                                            Acting United States Attorney

                                                            */s/ Jevechius D. Bernardoni*\*
                                                            JEVECHIUS D. BERNARDONI
                                                            Assistant United States Attorney
                                                            Attorneys for Defendant

DATED: March 18, 2021                        Respectfully submitted,

                                                            */s/ D. Victoria Baranetsky*
                                                            D. Victoria Baranetsky (SBN 311892)
                                                            THE CENTER FOR INVESTIGATIVE
                                                              REPORTING
                                                           1400 65th St., Suite 200
                                                           Emeryville, CA 94608
                                                           Telephone: (510) 809-3160
                                                           Fax: (510) 849-6141
                                                           vbaranetsky@revealnews.org
                                                           Attorney for Plaintiffs

\* In compliance with Civil Local Rule 5-1(i)(3), the filer of this document attests under penalty of perjury that all signatories have concurred in the filing of this document.

---

[1] Defendants' Opening Motion for Summary Judgment is not included here because Defendants filed their Opening Motion for Summary Judgment.  *See* Dkt. No. 42.

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATE: _____

The Honorable Jaqueline Scott Corley
United States Magistrate Judge