[Reset Form]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Case No: 20-cv-06649-JSC

Plaintiff(s),

v.

Defendant(s).

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Alexandra Maria Gutierrez, an active member in good standing of the bar of the District of Columbia, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: The Center for Investigative Reporting in the above-entitled action. My local co-counsel in this case is D. Victoria Baranetsky, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| 1400 65th St., Suite 200 Emeryville, CA 94608 | 1400 65th St., Suite 200 Emeryville, CA 94608 |
| MY TELEPHONE # OF RECORD: (510) 809-3160 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: (510) 809-3160 |
| MY EMAIL ADDRESS OF RECORD: agutierrez@revealnews.org | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: vbaranetsky@revealnews.org |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 1619149.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated:

_____
APPLICANT

**ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE**

IT IS HEREBY ORDERED THAT the application of _____ is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated:

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

*PRO HAC VICE* APPLICATION & ORDER                                    October 2012