D. Victoria Baranetsky (Cal. Bar No. 311892)
Alexandra M. Gutierrez (DC Bar No. 1619149)
THE CENTER FOR INVESTIGATIVE REPORTING
1400 65th St., Suite 200
Emeryville, CA 94608
vbaranetsky@revealnews.org
Telephone: (510) 982-2890

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| THE CENTER FOR INVESTIGATIVE REPORTING and ANAYANSI DIAZ-CORTES, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF JUSTICE, and UNITED STATES DEPARTMENT OF STATE, <br><br> Defendants. | Civil Case No. 3:20-cv-6649-JSC |

I, D. Victoria Baranetsky, declare:

1. I am an attorney of record for the plaintiff in this matter and a member in good standing of the California State Bar, and am admitted to practice before this Court. I have personal knowledge of the matters stated in this declaration. If called upon to do so, I am competent to testify to all matters set forth herein.

2. I am General Counsel at The Center for Investigative Reporting, which is a nonprofit established under the laws of California with its principal place of business in Emeryville, CA.

3. Attached hereto as Exhibit 1 is a true and correct copy of a declassified cable sent from

the American Embassy in Mexico to the Department of State in July, 2004.  This cable was released pursuant to the Freedom of Information Act.

4. Attached hereto as Exhibit 2 is a true and correct copy of a declassified State Department cable sent May 6, 2011.  This cable was released pursuant to the Freedom of Information Act.

5. Attached hereto as Exhibit 3 is a true and correct copy of a declassified cable sent from the American Embassy in Mexico to the Department of State on June 21, 2010.  This cable was released pursuant to the Freedom of Information Act.

6. Attached hereto as Exhibit 4 is a true and correct copy of a declassified cable sent from the American Embassy in Switzerland to the Department of State in March, 1997.  This cable was released pursuant to the Freedom of Information Act.

7. Attached hereto as Exhibit 5 is a true and correct copy of a declassified cable sent from the American Embassy in Honduras sent in 2004.  This cable was released pursuant to the Freedom of Information Act.

8. Attached hereto as Exhibit 6 is a true and correct copy of declassified correspondence from an officer with the State Department's Office of Children's Issues sent in 2010.  This correspondence was released pursuant to the Freedom of Information Act.

9. Attached hereto as Exhibit 7 is a true and correct copy of the Mexican Government's "Procedural Agreement Ordering Documentation to be Submitted to Request International Legal Assistance from the United States Department of Justice" in "relation to the investigation of the acts against the students of the Raúl Isidro Burgos Rural Teachers' School of Ayotzinapa," which is dated September 12, 2016.  A copy of a true and accurate English translation of the document, performed by a competent interpreter as required by Fed. R. Evid. 604, (*see* DeTura Decl. [Doc. # 29-3] ¶ 6), is appended.

10. Attached hereto as Exhibit 8 is a true and correct copy of correspondence sent on June 16, 2017, from the Mexican Prosecutor's Office of Legal and International Affairs to the United States Department of Justice.  A copy of a true and accurate English translation of the correspondence, performed by a competent interpreter as required by Fed. R. Evid. 604, (*see* DeTura Decl. ¶ 7), is appended.

11. Attached hereto as Exhibit 9 is a true and correct copy of March 3, 2021 letter sent by the Department of Justice Criminal Division to Ms. Anayansi Diaz-Cortes.

12. Attached hereto as Exhibit 10 is a true and correct copy of March 4, 2021 letter sent by the Department of State to Ms. Anayansi Diaz-Cortes.

13. Attached hereto as Exhibit 11 is a true and correct copy of a screenshot of the FOIAOnline Portal provided by Ms. Anayansi Diaz-Cortes.

14. Attached hereto as Exhibit 12 is a true and correct excerpt of the following news article: Paulina Villegas, *An Old Sore for Mexico's Next President: The 43 Missing Students*, N.Y. TIMES (Sept. 3, 2018) https://www.nytimes.com/2018/09/03/world/americas/mexico-missing-students.html.

15. Attached hereto as Exhibit 13 is a true and correct excerpt of the following news article: Paulina Villegas, *An Old Sore for Mexico's Next President: The 43 Missing Students*, N.Y. TIMES (Sept. 3, 2018) https://www.nytimes.com/2018/09/03/world/americas/mexico-missing-students.html.

16. Attached hereto as Exhibit 14 is a true and correct copy of the following news article: Madeleine Wattenbarger, *For Mexico's President, Forced Disappearances Could Make or Break the Justice System*, FOREIGN POL. (Oct. 4, 2019) https://foreignpolicy.com/2019/10/04/ayotzinapa-anniversary-amlo-mexico-impunity-security-forced-disappearance-justice/.

17. Attached hereto as Exhibit 15 is a true and correct copy of the following press release: U.S. Attorney's Office for the Northern District of Illinois, *Eight Defendants Charged With Distributing Heroin In Chicago Area On Behalf Of Guerrero Unidos Mexican Drug Cartel*, U.S. DOJ (Dec. 10, 2014) https://www.justice.gov/usao-ndil/pr/eight-defendants-charged-distributing-heroin-chicago-area-behalf-guerrero-unidos.

18. Attached hereto as Exhibit 16 is a true and correct copy of the following news article: Kirk Semple, Paulina Villegas & Natalie Kitroeff, *Years After 43 Mexican Students Vanished, a Victim's Remains Are Found*, N.Y. TIMES (July 7, 2020) https://www.nytimes.com/2020/07/07/world/americas/mexico-43-missing-students-remains.html.

19. Attached hereto as Exhibit 17 is a true and correct copy of the following fact sheet:

Maureen Meyer, *Ayotzinapa Fact Sheet: Investigating the Enforced Disappearance of 43 Students in Mexico*, WASH. OFFICE ON LATIN AM. (Feb. 24, 2016) https://www.wola.org/analysis/ayotzinapa-fact-sheet-investigating-the-enforced-disappearance-of-43-students-in-mexico/.

20. Attached hereto as Exhibit 18 is a true and correct copy of the following news article: Mary Wisniewski, *Alleged Head of Chicago Branch of Mexican Drug Cartel Arrested*, Reuters (Dec. 10, 2014) https://www.reuters.com/article/us-usa-mexico-drugs/alleged-head-of-chicago-branch-of-mexican-drug-cartel-arrested-idUSKBN0JO2CU20141210.

21. Attached hereto as Exhibit 19 is a true and correct copy of correspondence sent on November 25, 2014 by fourteen Senators to the Hon. John Kerry, Secretary of State: *Chairman Menendez Joins Group of Bipartisan Senators in Letter to Sec. Kerry on Missing Mexican Students*, U.S. SENATE COMM. ON FOREIGN RELATIONS (Nov. 25, 2014) https://www.foreign.senate.gov/press/chair/release/chairman-menendez-joins-group-of-bipartisan-senators-in-letter-to-sec-kerry-on-missing-mexican-students.

22. Attached hereto as Exhibit 20 is a true and correct copy of the following correspondence sent on August 9, 2016, from sixty-nine Members of the House of Representatives to the Hon. John Kerry, Secretary of State: *Letter from Sixty-Nine Representatives, to the Hon. John Kerry, Sec'y of State* (Aug. 9, 2016) https://www.lawg.org/wp-content/uploads/storage/documents/lowenthal-mexico-human-rights-letter-final_signed-8-9-16.pdf.

23. Attached hereto as Exhibit 21 is a true and correct copy of the following press release: *Cardin Calls for Justice on 2nd Anniversary of Mexican Students' Disappearance*, U.S. SENATE COMM. ON FOREIGN RELATIONS (Sept. 29, 2016) https://www.foreign.senate.gov/press/ranking/release/cardin-calls-for-justice-on-2nd-anniversary-of-mexican-students-disappearance.

24. Attached hereto as Exhibit 22 is a true and correct copy of the following press release: Congressman Alan Lowenthal, *Congressman Lowenthal and Seven House Colleagues Call for Truth and Justice on the 6th Anniversary of Mexican Students' Disappearance* (Sept. 25, 2020) https://lowenthal.house.gov/media/press-releases/congressman-lowenthal-and-seven-house-colleagues-call-truth-and-justice-6th.

25. Attached hereto as Exhibit 23 is a true and correct copy of the following correspondence sent on September 25, 2019 from ten members of the House of Representatives to Marcelo Ebrard Casaubon, Mexican Minister of Foreign Affairs: Letter from Ten Members of the House of Representatives, to Marcelo Ebrard Casaubon, Mexican Minister of Foreign Affairs (Sept. 25, 2019) https://lowenthal.house.gov/sites/lowenthal.house.gov/files/documents/ayotzinapa_anniversary_letter.pdf.

26. Attached hereto as Exhibit 24 is a true and correct copy of the following press release: Congressman Norma Torres, *Congressional briefing on disappeared Mexican students peers into Mexican government investigation* (May 26, 2016) https://torres.house.gov/media-center/in-the-news/congressional-briefing-disappeared-mexican-students-peers-mexican.

27. I declare under penalty of perjury of the laws of the State of California that the foregoing is true and correct to the best of my knowledge and belief.

Executed April 8, 2021 in Berkeley, California.

*s/ D. Victoria Baranetsky*
D. Victoria Baranetsky