D. Victoria Baranetsky (Cal. Bar No. 311892)
Alexandra M. Gutierrez (DC Bar No. 1619149)
THE CENTER FOR INVESTIGATIVE
REPORTING
1400 65th St., Suite 200
Emeryville, CA 94608
vbaranetsky@revealnews.org
Telephone: (510) 982-2890

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| THE CENTER FOR INVESTIGATIVE REPORTING and ANAYANSI DIAZ-CORTES, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF JUSTICE, and UNITED STATES DEPARTMENT OF STATE, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Case No. 3:20-cv-6649-JSC |

I, Anayansi Diaz-Cortes, declare as follows:

1. I, Anayansia Diaz-Cortes, declare that the following statements are based on my knowledge and true and correct to the best of my knowledge. If called upon to do so, I am competent to testify to all matters set forth herein.

2. I am a reporter and producer with Reveal from the Center for Investigative Reporting. I have been an investigative reporter since 2007. I am a recipient of the Overseas Press Club Award,

the Edward R. Murrow Award, and the Third Coast/Richard H. Driehaus Foundation award. I have done extensive reporting in both the U.S. and Mexico.

3.　Since 2018, I have been researching the 2014 disappearance of forty-three students in Mexico for a long-term investigation to air as a radio program on Reveal, from The Center for Investigative Reporting.

4.　On June 9, 2020, I submitted four FOIA requests related to the Ayotzinapa disappearance. One of these requests was directed to the Department of Justice's Executive Office for United States Attorneys ("EOUSA").

5.　I submitted my request to the EOUSA via the FOIAOnline portal.

6.　I received a confirmation e-mail acknowledging request on June 9, 2020. This was the only e-mail correspondence I received from the EOUSA prior to proceeding with this litigation on September 23, 2020. I did not receive any written correspondence from the EOUSA via post.

7.　I did not sign up for a FOIAOnline account to submit my request to EOUSA; rather, I submitted this request as a guest user.

8.　In December 2020, I learned through my counsel, D. Victoria Baranetsky, that a representative from EOUSA had purportedly written on June 11, 2020, to inform me that my FOIA request submitted to EOUSA was deficient, because it failed to identify the specific U.S. Attorney's Office(s) where records may be located.

9.　I conducted a search of my inbox, but was only able to locate a June 9, 2020 confirmation e-mail from the EOUSA.

10.　I then registered for a FOIAOnline account on January 8, 2021, in part for the purpose of determining whether the EOUSA had sent me any communications on that platform. Upon logging in, I did not find any information related to the June 9, 2020 request listed on the "View My Requests" page. Instead, information for the EOUSA request was only accessible by searching the tracking number EOUSA-2020-003042, which indicates the request is closed, with a final disposition of Records Not Reasonably Described.

11. I declare under penalty of perjury of the laws of the State of California that the foregoing is true and correct to the best of my knowledge and belief.

Executed April 8, 2021 in Berkeley, California.

*s/ Anayansi Diaz-Cortes*
Anayansi Diaz-Cortes