D. Victoria Baranetsky (Cal. Bar No. 311892)
Alexandra M. Gutierrez (DC Bar No. 1619149)
THE CENTER FOR INVESTIGATIVE REPORTING
1400 65th St., Suite 200
Emeryville, CA 94608
vbaranetsky@revealnews.org
Telephone: (510) 982-2890

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| THE CENTER FOR INVESTIGATIVE REPORTING and ANAYANSI DIAZ-CORTES, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF JUSTICE, and UNITED STATES DEPARTMENT OF STATE, <br><br> Defendants. | Civil Case No. 3:20-cv-6649-JSC |

I, Megan DeTura, declare:

1. I am a research assistant at the National Security Archives. I have personal knowledge of the matters stated in this declaration. If called upon to do so, I am competent to testify to all matters set forth herein.

2. My subject area of expertise at the National Security Archives is Latin America. I conduct on-site primary research at the National Security Archive in Washington, D.C., and the National Archives (NARA). I also craft information requests to access and analyze government documents via Mexico's National Institute for Transparency and Access to Information and Data

Protection (*El Instituto Nacional de Transparencia, Acceso a la Información y Protección de Datos Personales,* INAI). I have prior experience as a research analyst for the Mexican Intelligence Digital Archives, where I consulted declassified government documents from the Archivo General de la Nación in Mexico City.

3. I received a bachelor's degree in Latin American Studies from New York University, and I am currently completing a master's degree in International Affairs from the American University School of International Service.

4. I am fluent in Spanish and proficient in Portuguese. I am a certified English as a Second Language instructor.

5. I am competent to translate documents from Spanish to English.

6. I translated Exhibit 7, which is a true and correct copy of the Mexican Government's "Procedural Agreement Ordering Documentation to be Submitted to Request International Legal Assistance from the United States Department of Justice" in "relation to the investigation of the acts against the students of the Raúl Isidro Burgos Rural Teachers' School of Ayotzinapa." I attest that my translation is true and accurate to the best of my abilities.

7. I also translated Exhibit 8, which is a true and correct copy of the Exhibit 8 is a true and correct copy of correspondence sent on June 16, 2017, from the Mexican Prosecutor's Office of Legal and International Affairs to the United States Department of Justice. I attest that my translation is true and accurate to the best of my abilities.

8. I declare under penalty of perjury of the laws of the State of California that the foregoing is true and correct to the best of my knowledge and belief.

Executed April 8, 2021 in Bergenfield, New Jersey.

*s/ Megan DeTura*
Megan DeTura