D. Victoria Baranetsky (CABN 311892)
Alexandra M. Gutierrez (DCBN 1619149)
THE CENTER FOR INVESTIGATIVE REPORTING
1400 65th St., Suite 200
Emeryville, CA 94608
Telephone: (510) 982-2890
vbaranetsky@revealnews.org

Attorneys for Plaintiffs

Stephanie M. Hinds (CABN 154284)
ACTING UNITED STATES ATTORNEY
Sara Winslow (DCBN 457643)
CHIEF, CIVIL DIVISION
Jevechius D. Bernardoni (CABN 281892)
ASSISTANT UNITED STATES ATTORNEY
450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7164
Facsimile: (415) 436-7234
jevechius.bernardoni@usdoj.gov

Attorneys for Federal Defendants

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| THE CENTER FOR INVESTIGATIVE REPORTING and ANAYANSI DIAZ-CORTES, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF JUSTICE, and UNITED STATES DEPARTMENT OF STATE, <br><br> Defendants. | JOINT STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE <br><br> Civil Case No. 3:20-cv-6649-JSC |

1  PLEASE TAKE NOTICE that the parties to this action, acting through counsel and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate that this action is dismissed with prejudice as to all claims against Defendants, The Department of Justice and Department of State, arising from the specific facts alleged in the Complaint, (Dkt. 1), and directly arising from the four Freedom of Information Act ("FOIA") requests submitted by Plaintiffs on June 9, 2020, to the Department of Justice's Criminal Division, the Department of Justice's Drug Enforcement Administration, the Department of State, and the Department of Justice's Executive Office for United States Attorneys, respectively.  Each party shall bear its own attorney's fees and costs.

The parties further stipulate that the notice of voluntary dismissal filed by Plaintiffs on May 20, 2021 (Dkt. 31) was ineffective upon filing because Defendants had already served an answer and motion for summary judgment and did not consent to and sign such voluntary dismissal.

Dated: May 27, 2021

Respectfully submitted,

*/s/ D. Victoria Baranetsky*
D. Victoria Baranetsky
Alexandra M. Gutierrez (*pro hac vice*)

Attorneys for Plaintiffs

Stephanie M. Hinds
Acting United States Attorney

*/s/ Jevechius D. Bernardoni*
Jevechius D. Bernardoni
Assistant United States Attorney

Attorneys for Federal Defendants

\* I, D. Victoria Baranetsky, hereby attest that I have obtained the concurrence in the filing of this document from Jevechius D. Bernardoni.

*/s/ D. Victoria Baranetsky*
D. Victoria Baranetsky